JS-6

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
4  CEDINA M. KIM
   Assistant United States Attorney
5  Senior Trial Attorney, Civil Division
6  GERALYN GULSETH
   Special Assistant United States Attorney
7       6401 Security Blvd.
8       Baltimore, MD 21235
        San Francisco, CA  94105
9       Telephone: 510-970-4819
10      e-mail: Geralyn.Gulseth@ssa.gov
11 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| CARLOS IRIZARRY, | ) Case No. 5:23-cv-00550-ADS |
|---|---|
| Plaintiff, | ) |
| vs. | ) JUDGMENT OF REMAND |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:   6/15/2023           /s/ Autumn D. Spaeth
                             HON. AUTUMN D. SPAETH
                             UNITED STATES MAGISTRATE JUDGE

-1-